IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TOTAL LANDSCAPING CARE, LLC,** : | CIVIL ACTION NO. 10-CV-6542 |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **TOWER CLEANING SYSTEMS, INC.,** : | |
| **d/b/a US MAINTENANCE OR USM ,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

**AND NOW**, this ____ day of February 2012, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Doc. 10), Defendant's Response and Cross Motion for Judgment on the Pleadings and/or Summary Judgment (Doc. 11), and Plaintiff's Response (Doc. 13), the Court orders that:

(1) Plaintiff's Motion for Judgment on the Pleadings is **DENIED**, and

(2) Defendant's Cross Motion for Judgment on the Pleadings and/or Summary Judgment is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This order accompanies the Court's memorandum, issued on February 29, 2012.